FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

MAY - 7 2012

CENTRAL DISTRICT OF CALIFORNIA
BY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    vs.<br><br>Ramos-Afondo, Sergio<br>               Defendant. | Case No.: SA12-197 M<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __SD CA__, for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

    The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

    The Court finds that:

A.   (X) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on __Backgrd cmty ties unknown; bail resources unknown; illegal immigration status; assoc w/multiple personal Identifiers__

1
2
3  and/or
4  B.  (X) The defendant has not met his/her burden of establishing by clear and
5  convincing evidence that he/she is not likely to pose a danger to the safety of any
6  other person or the community if released under 18 U.S.C. § 3142(b) or (c). This
7  finding is based on __Criminal history record, incl recent__
8  __conv. for a narcotics offense__
9
10
11
12
13      IT THEREFORE IS ORDERED that the defendant be ~~detained pending~~ further
14  revocation proceedings.
15
16  DATED: __5/7/12__
17                                              ROBERT N. BLOCK
                                                UNITED STATES MAGISTRATE JUDGE